Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

**FILED**
2021 JUN 23 AM 11:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF V. | CASE NUMBER: 1084 1:21-00236M- 001JFR |
| Ladrena Denise Nelson  USMS# 30651-509  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ02994**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/23/2021, 11:00 at ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583: Failing to abide by Pretrial Conditions of Release

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ___

7. Year of Birth: 1961

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ___ Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ___

11. Name: David Zevallos (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S. Marshals Service

14. Signature: _[signature]_

15. Date: 06/23/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION