AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

U. S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2021 JUN 11  AM 9: 49

21MJ02994

| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 1084 1:21-00236M- 001JFR |
| Ladrena Denise Nelson | ) | |
| *Defendant* | ) | |

CLERK US DISTRICT COURT
CENTRAL DIST OF CA
LOS ANGELES

2021 JUN 23  AM 11:51

FILED

BY:

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay Ladrena Denise Nelson, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows: Failing to abide by Pretrial Conditions of Release, leaving treatment without permission.

Date:  6/10/21

_____
*Issuing Officer's signature*

City and state:   **ALBUQUERQUE, NEW MEXICO**

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on ( date ) 06/11/2021 , and the person was arrested on ( date ) 06/23/2021 at ( city and state ) Los Angeles, CA . |
| Date: 06/23/2021 |

_____
*Arresting officer's signature*

D. Zevallos  Deputy U.S. Marshal
*Printed name and title*