# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:21-mj-02994 |
| Ladrena Denise Nelson DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _DFPD, Georgina Wakefield_, IT IS ORDERED that a detention hearing is set for _Friday_, _June 25, 2021_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Margo A. Rocconi_, in Courtroom _790_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _6/23/21_

_____
Margo A. Rocconi, U.S. Magistrate Judge